IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JOEL DOMINGUEZ SANCHEZ, | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| VS. | § | |
| | § | |
| WARDEN, IAH Secure Adult Detention | § | CIVIL ACTION NO. 9:26-CV-00388 |
| Facility; MARKWAYNE MULLIN, | § | JUDGE MICHAEL J. TRUNCALE |
| Secretary, Department of Homeland | § | |
| Security; TODD M. LYONS, Acting | § | |
| Director, U.S. Immigration and Customs | § | |
| Enforcement; BRET A. BRADFORD, | § | |
| Field Office Director, Enforcement and | § | |
| Removal Operations, Houston Field | § | |
| Office, | § | |
| | § | |
| *Respondents.* | § | |

## **ORDER REGARDING ADMISSION**

On May 27, 2026, Petitioner filed his Petition for Writ of Habeas Corpus in the Southern District of Texas, Houston Division. [Dkt. 1]. This matter was subsequently transferred to the Eastern District of Texas, Lufkin Division. [Dkt. 4]. At the time of transfer, counsel for Petitioner, Joseph R. Soto, was not admitted to practice in the Eastern District of Texas. On May 29, 2026, the Clerk contacted Mr. Soto with instructions on admission requirements for the Eastern District of Texas.

Accordingly, it is **ORDERED** that Joseph R. Soto take the necessary steps to appear on behalf of Petitioner either by becoming admitted to practice in the Eastern District of Texas or by appearing Pro Hac Vice in this matter on or before **June 12, 2026**. Failure to do so will result in this matter being set for a Status Conference before the Court.

The Clerk is **INSTRUCTED** to forward a copy of this Order to Mr. Soto via Email at

josephsoto@sbcglobal.net.

**SIGNED this 2nd day of June, 2026.**

_____
Michael J. Truncale
United States District Judge